IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

JAMES BONNER

INFORMATION

5:10mj145-LB

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about July 24, 2010, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the Defendant,

JAMES BONNER,

did unlawfully operate a motor vehicle with a breath-alcohol level of .08 or more grams of alcohol per 210 liters of breath, and did unlawfully operate a motor vehicle while under the influence of alcoholic beverages or a substance set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes, while affected to the extent that his normal faculties were impaired, in violation of Section 316.193, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

COUNT TWO

That on or about July 24, 2010, in the Northern District of Florida, and within the

Filed 0827'10 USDcFln 5PM 0345

special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the Defendant,

**JAMES BONNER,**

did fail to maintain vehicle within lane, in violation of Section 316.089, Florida Statutes, and Title 32, Code of Federal Regulations, Part 210.

_____  
PAMELA C. MARSH  
United States Attorney

_____  
8-27-10  
DATE